UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Michael Laboy,

Defendant.

16-cr-669 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2020

ALISON J. NATHAN, District Judge:

The Court will hold the upcoming initial VOSR appearance by AT&T teleconference. The parties and members of the public may access the proceeding on October 23, 2020, at 1:00 p.m. by dialing (888) 363-4749 and entering access code 9196964.

SO ORDERED.

Dated: October 19, 2020
New York, New York

ALISON J. NATHAN
United States District Judge