```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Michael Laboy,

            Defendant.

16-cr-669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will hold the upcoming initial VOSR conference by AT&T teleconference. The parties and members of the public may access the proceeding on December 18, 2020, at 11:00 a.m. by dialing (888) 363-4749 and entering access code 9196964.

    At least twenty-four hours before the scheduled conference, the parties shall inform the Court by joint letter what they intend to address at the conference.

    SO ORDERED.

Dated: December 15, 2020
       New York, New York

                                        _____
                                              ALISON J. NATHAN
                                           United States District Judge