UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020
```

UNITED STATES OF AMERICA

    -v-

Michael Laboy,

            Supervisee.

No. 0208 1:16CR00669 (AJN)

ORDER

Honorable Alison J. Nathan, U.S. District Judge:

    IT IS HEREBY ORDERED THAT:  For the reasons stated on the record during a violation of supervised release conference held on December 18, 2020, the Supervised Release Conditions are modified to include the following special condition:

    *Michael Laboy shall reside at the Residential Reentry Center, located at 2534 Creston Avenue, Bronx, NY, or a program location within the area of the New York City Metropolitan Area, for a period of <u>ninety (90) days.</u>  He shall be required to report to the facility at a date to be communicated to him by the Probation Office, which shall be no earlier than January 4, 2021.*

    *While at the Residential Reentry Center (RRC), the supervisee shall follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this court directive.  The supervisee's contribution towards the cost of subsistence is waived.*

    *Michael Laboy will be restricted to the Residential Reentry Center at all times except for employment, education, religious services, medical, mental health treatment, substance abuse treatment, attorney visits, probation appointments, court appearances, court-ordered obligations, or other activities as preapproved by the U.S. Probation Officer and the Residential Reentry Center Manager.  Michael Laboy needs to submit a written pass for the upcoming weeks and provide verifiable proof of the appointments and/or employment.  Without verifiable proof, passes cannot be approved.*

SO ORDERED.

Dated:    December 18, 2020
            New York, New York

                                          Honorable Alison J. Nathan
                                          U.S. District Judge