```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Michael Laboy,

                Defendant.

16-cr-669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 27, 2021, the Government filed a motion to modify Defendant Michael Laboy's conditions of release by including a condition of home confinement. Dkt. No. 80. Defendant shall response to the Government's motion, if any, by September 29, 2021.

    SO ORDERED.

Dated: September 28, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge