UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/21

United States of America,

–v–

Michael Laboy,

                Defendant.

16-cr-669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant Michael Laboy is scheduled to appear at a hearing before the Court on October 7, 2021, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    The Government on September 27, 2021, moved the Court to modify Defendant's conditions of release by include a condition of home confinement. Dkt. No. 80. Defendant filed a response on September 28, 2021. Dkt. No. 82.

    The Court will consider the Government's motion at the hearing on October 7, 2021. The Court will take into account at that time whether Defendant has provided to the Probation Office adequate proof of his employment and his employment schedule. The Court will also examine closely Defendant's compliance with his conditions of release and the timeliness of his communications with the Parole Office.

    SO ORDERED.

Dated: September 29, 2021
       New York, New York

                                     ALISON J. NATHAN
                                     United States District Judge