```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Michael Laboy,

              Supervisee.

No. 0208 1:16CR00669-01 (AJN)

ORDER

Honorable Alison J. Nathan, U.S. District Judge:

IT IS HEREBY ORDERED THAT, for the reasons stated on the record on October 7, 2021, the conditions of supervised release should be modified as follows:

Michael Laboy shall be placed on **home detention monitored by the location monitoring technology at the discretion of the U.S. Probation Office** and must abide by all technology requirements. Mr. Laboy must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.

Mr. Laboy will be restricted to his residence at all times except for employment, substance use treatment, mental health treatment, court appearances, attorney visits, medical appointments, and visitation with his son, in each instance with prior notice and approval by the U.S. Probation Office.

SO ORDERED.

Dated:    October 12, 2021
           New York, New York

                                                    Honorable Alison J. Nathan
                                                    U.S. District Judge