UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Michael Laboy,<br><br>                     Supervisee. | Docket No. 208 1:16CR00669-01 (AJN)<br><br>ORDER |

Honorable Alison J. Nathan, U.S. District Judge:

      IT IS HEREBY ORDERED:  Home incarceration via GPS location monitoring is removed as of this date.

SO ORDERED.

Dated: October 26, 2021
       New York, New York

                                                      Honorable Alison J. Nathan
                                                      U.S. District Judge