UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Michael Laboy,<br><br>                       Supervisee. | 16-CR-669-01 (AJN)<br><br><u>ORDER</u> |

Honorable Paul A. Engelmayer, U.S. District Judge:

IT IS HEREBY ORDERED THAT, for the reasons stated on the record on December 3, 2021, the conditions of supervised release should be modified as follows:

Michael Laboy shall be placed on **home detention monitored by GPS technology** and must abide by all technology requirements. Mr. Laboy must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.

Mr. Laboy will be restricted to his residence at all times except for employment activities, intensive outpatient substance use treatment, intensive outpatient mental health treatment, court appearances, probation appointments, attorney visits, medical appointments, personal care errands, and visitation with his son, in each instance with prior notice and approval by the U.S. Probation Office. If there is a need for an emergency room medical visit, Mr. Laboy must contact the probation office immediately, maintain telephone contact to provide status update, and provide discharge summary documents from the hospital.

SO ORDERED.

Dated:     December 6, 2021
                New York, New York

                                                            Honorable Paul A. Engelmayer
                                                            U.S. District Judge