UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                      :
:
      -v-                                        :      16-CR-669 (AJN)
:
MICHAEL LABOY,                                 :      <u>ORDER</u>
:
                    Defendant.         :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant, USM # 78134-054, is remanded to the custody of the United States Marshals.

      SO ORDERED.

Dated: December 21, 2021
       New York, New York

                                          PAUL A. ENGELMAYER
                                          United States District Judge